UNITED STATES of America,
Plaintiff–Appellee,

v.

**Bryan John TRINIDAD, Defendant–Appellant.**

No. 09–30021.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Aug. 31, 2009.

Michael S. Lahr, Assistant U.S., USHE–Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Assistant Federal Public Defender, FDMT–Federal Defend-

ers of Montana, Great Falls, MT, for Defendant–Appellant.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Bryan John Trinidad appeals from the 78–month sentence imposed following his guilty-plea conviction for possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Trinidad contends that the district court did not adequately address the 18 U.S.C. § 3553(a) factors, and that his sentence is unreasonable.

The record reflects that the district court adequately explained its decision, *see United States v. Perez–Perez*, 512 F.3d 514, 516 (9th Cir.2008), and the sentence was reasonable, *see United States v. Cherer*, 513 F.3d 1150, 1160–61 (9th Cir.2008).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.